UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISMAEL CHINO BARRERA, et al.,

                Plaintiffs,

against

1611 FOOD MART INC., et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 606 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

A Settlement Conference was held in this matter today, November 21, 2019.

The parties are directed to jointly call chambers or submit a joint Status Report via ECF by the close of business on **Tuesday, November 26, 2019**.

Dated:      New York, New York
             November 21, 2019

                                          SO ORDERED

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**