UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISMAEL CHINO BARRERA, et al.,

          Plaintiffs,

against

1611 FOOD MART INC., et al.,

          Defendants.

CIVIL ACTION NO.: 19 Civ. 606 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Per the Order at ECF No. 41, the parties were to jointly call chambers or submit a Joint Status Report on the progress of settlement discussions by the close of business yesterday, November 26, 2019.

The parties did not do so, and are hereby ORDERED to file a Joint Status Report via ECF by **Wednesday, December 4, 2019**.

Dated:     New York, New York
             November 27, 2019

                                  SO ORDERED

                                  _____
                                  **SARAH L. CAVE**
                                  **United States Magistrate Judge**