UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                           :

ISMAEL CHINO BARRERA, et al.,                         :

                            :

             Plaintiffs,          :

                            :         19-CV-606 (JMF)

      -v-                         :

                            :         ORDER

1611 FOOD MART INC., et al.,                      :

                            :

            Defendants.       :

                            :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

By letter filed December 23, 2019, *see* ECF No. 46, the Court was advised that the parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, had reached a settlement in principle. On January 3, 2020, the Court ordered the parties to file "the settlement agreement along with a joint letter explaining the basis for the proposed settlement and why it should be approved as fair and reasonable" on or before January 17, 2020. To date, the parties have filed neither the settlement agreement nor the joint letter.

The parties shall file the required materials no later than **January 24, 2020**. Failure to do so may result in the imposition of sanctions.

SO ORDERED.

Dated: January 21, 2020
      New York, New York

                                          JESSE M. FURMAN
                                 United States District Judge